# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephan Lubbers and Margaret Lubbers, | Civil No. 13-926 (DWF/JSM) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Deutsche Bank National Trust Company as trustee for asset-backed pass through certificates, series 2003-W3 and also all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 3, 2013. No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Janie S. Mayeron's December 3, 2013 Report and Recommendation (Doc. No. [15]) is **ADOPTED**.

2. Defendants' Motion to Dismiss (Doc. No. [3]) is **GRANTED**.

    3.    This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 19, 2013        <u>s/Donovan W. Frank</u>
                                    DONOVAN W. FRANK
                                    United States District Judge